IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAWN M. PRIME, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACK CLEVELAND CASINO LLC,<br><br>　　　　Defendant. | Case No. 1:23-cv-02216-PAG<br><br>Judge Patricia A. Gaughan |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF
<u>FLSA COLLECTIVE ACTION SETTLEMENT</u>**

　　For the reasons stated in the accompanying Memorandum of Law, Plaintiff Dawn M. Prime, on behalf of herself and the settlement collective she seeks to represent, moves this Court to approve the parties' FLSA collective action settlement and order the following relief: (1) collective certification of the proposed collective for purposes of settlement; (2) approve the parties' FLSA collective action settlement as a fair and reasonable resolution of a *bona fide* dispute; (3) approve the proposed notice plan; (4) approve Plaintiff's counsel's application for attorneys' fees and reimbursement of reasonable litigation costs; (5) approve the requested service award for Plaintiff; (6) order the Settlement Agreement be implemented in all respects; and (7) bind those collective members who elect to participate in the settlement to the terms of the Settlement Agreement.

　　Plaintiff requests the entry of the Proposed Order Approving FLSA Collective Action Settlement, attached as **Exhibit 2** to the contemporaneously filed Memorandum of Law supporting this motion. Plaintiff's counsel will contemporaneously send a Word version to the Court's Chambers by email.

| | |
|---|---|
| Dated: October 25, 2024 | Respectfully submitted,<br>Drew Legando (0084209)<br>**MERRIMAN LEGANDO WILLIAMS & KLANG LLC**<br>1360 West 9th Street, Suite 200<br>Cleveland, Ohio 44113<br>T. (216) 522-9000<br>F. (216) 522-9007<br>E. drew@merrimanlegal.com<br><br>**STUEVE SIEGEL HANSON LLP**<br>*/s/ Alexander T. Ricke*<br>George A. Hanson, *Pro Hac Vice*<br>Alexander T. Ricke, *Pro Hac Vice*<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: 816-714-7100<br>Facsimile: 816-714-7101<br>Email: hanson@stuevesiegel.com<br>Email: ricke@stuevesiegel.com<br><br>**McCLELLAND LAW FIRM, P.C.**<br>Ryan L. McClelland, *Pro Hac Vice*<br>The Flagship Building<br>200 Westwoods Drive<br>Liberty, Missouri 64068<br>Telephone: 816-781-0002<br>Facsimile: 816-781-1984<br>Email: ryan@mcclellandlawfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Alexander T. Ricke*
**ATTORNEY FOR PLAINTIFF**