IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DAWN M. PRIME, individually, and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**JACK CLEVELAND CASINO LLC,**<br><br>Defendant. | Case No. 1:23-cv-02216-PAG<br><br>Judge Patricia A. Gaughan |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT

On October 25, 2024, Plaintiff Dawn M. Prime filed her Unopposed Motion for Approval of FLSA Collective Action Settlement and supporting materials (ECF No. 41). In support of this motion, Plaintiff submitted a Memorandum of Law, the Collective Action Settlement Agreement ("Settlement Agreement") attached as Exhibit 1, and the supporting Declaration of Alexander T. Ricke who is one of Plaintiff's counsel (among other supporting materials). Having reviewed the motion and supporting papers, the Court finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order and Judgment will have the same meaning as defined in the Settlement Agreement.

2. The Court has subject matter jurisdiction over this Litigation pursuant to 28 U.S.C. § 1331, including jurisdiction over all members of the Settlement Collective defined as:

> (1) all tipped employees of Defendant who earned a direct cash wage of $7.24 or less per hour at any time from November 15, 2020, through December 29, 2023 (the "Relevant Period"), and who previously filed a signed Consent to Join form in the Litigation as of August 21, 2024 ("Opt-In Plaintiffs"); and (2) all tipped employees of Defendant who earned a direct cash wage of $7.24 or less per hour during the Relevant Period who have not previously filed a Consent to Join in the Litigation as of August 21, 2024, and who did not sign a Tip Credit Notice form

("Eligible Collective Members").

3. The Court finds that collective certification of the above-referenced collective is appropriate for settlement purposes.

4. The Court appoints Dawn M. Prime as representative of the collective. The Court appoints the law firms of Stueve Siegel Hanson LLP, McClelland Law Firm, P.C., and Merriman Legando & Williams LLC, as counsel for the collective.

5. The Court finds that the settlement terms memorialized in the Settlement Agreement filed with the Court, are fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act and should be approved. The Court finds that the Settlement Agreement should be approved for the reasons stated in Plaintiff's Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of FLSA Collective Action Settlement. The Court approves the release of claims in exchange for the settlement payments described in the Settlement Agreement as fair and reasonable resolution of a *bona fide* dispute.

6. The Court instructs the parties to engage a settlement administrator to carry out the terms of the Settlement Agreement.

7. The service payment to Plaintiff Prime of $7,500, as set forth in the Settlement Agreement, is approved and shall be awarded and paid to Plaintiff Prime from the qualified settlement fund according to the procedures set forth in the Settlement Agreement.

8. The Court approves Plaintiff's counsel's request for attorneys' fees in the amount of $733,333.33 from the qualified settlement fund according to the procedures set forth in the Settlement Agreement.

9. The Court approves Plaintiff's counsel's request for reimbursement of costs and

expenses in the amount of $15,519.10 from the qualified settlement fund according to the procedures set forth in the Settlement Agreement.

10. The Court approves the notice plan described in the Settlement Agreement.

11. Members of the collectives shall receive their settlement shares according to the allocation formula and procedures set forth in the Settlement Agreement.

12. This Court grants final approval of the Settlement Agreement.

13. This matter is dismissed with prejudice, without any cost to any of the parties except as provided in the Settlement Agreement. The Clerk is directed to enter judgment consistent with this Order.

IT IS SO ORDERED, ADJUDGED AND DECREED.


Dated: __October 30_, 2024

/s/ Patricia A. Gaughan
The Honorable Patricia A. Gaughan
U.S. District Judge